NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: ERWIN SCHOLLMAYER,**
*Appellant*

———————————

2017-1574

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 10/429,283.

———————————

**JUDGMENT**

———————————

DOUGLAS ALAN ROBINSON, Harness, Dickey & Pierce, PLC, St. Louis, MO, argued for appellant. Also represented by MATTHEW L. CUTLER, LEANNE M. RAKERS.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, SARAH E. CRAVEN, THOMAS W. KRAUSE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 12, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |